IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

William Elschlager,

Case No. 2:17-cr-108
Judge Michael H. Watson

## ORDER

This matter is before the Court upon Defendant's Motion for Continuance of the Trial Date. Defense counsel needs additional time to prepare for trial.

Upon consideration of the Defendant's Motion for Continuance of the Trial Date, the Court finds that the Motion is meritorious. In reaching this conclusion, the Court makes the following findings:

1. The Court is available to try the case on **Monday, January 8, 2018** at 9:00 a.m.;

2. On September 22, 2017, the Defendant moved this Court for a continuance to have additional time to prepare for this trial.

3. Failure to grant said continuance pursuant to Title 18 U.S.C. Section 3161(h)(8)(B) will likely result in a miscarriage of justice.

4. The Defendant waives his right to a speedy trial for the period of this continuance.

5. The considerations outlined above are appropriate reasons for granting the requested continuance.

6. The interest of the public in speedy trials would not be impaired by a continuance of this case until **Monday, January 8, 2018** at 9:00 a.m., with voir dire to begin at 9:30 a.m. on that same date.

Therefore, given the Court's findings, the Defendant's Motion for a Continuance is hereby **GRANTED**. The trial in this matter is hereby **CONTINUED** until **Monday, January 8, 2018** at 9:00 a.m. Voir dire will be conducted at 9:30 a.m. on that same date. A final pretrial conference will be held on **Wednesday, January 3, 2018 at 10:30 a.m.** in Courtroom 3. Any and all motions, including any motions in *limine* shall be submitted to the Court by **December 27, 2017.**

The Court requests counsel for both the Government and the Defendant to submit proposed jury instructions on the substantive law in this case by **December 27, 2017.** In addition, the Court requests counsel to submit brief issues and/or questions regarding this case for the Court to address during voir dire by **December 27, 2017.** Both the proposed jury instructions and *voir dire* issues may be submitted electronically to the Court at: *watson_chambers@ohsd.uscourts.gov.*

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
Michael H. Watson, Judge
United States District Court